JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN ANTONIO SALVIO-MARTINEZ,<br><br>    Defendant. | No. CV 08-1070 PA<br>    CR 07-0177 PA<br><br>ORDER DENYING PETITIONER'S MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY PURSUANT TO 28 U.S.C. § 2255 |

The motion of Petitioner John Antonio Salvio-Martinez to vacate, set aside, or correct sentence by a person in federal custody, pursuant to 28 U.S.C. § 2255, was decided without hearing on November 19, 2008.

Having reviewed the papers filed in connection with this matter and being fully apprised of the relevant facts and law,

IT IS HEREBY ORDERED that the motion of Petitioner John Antonio Salvio-Martinez to vacate, set aside, or correct sentence by a person in federal custody, pursuant to 28 U.S.C. § 2255, be DENIED.

IT IS SO ORDERED.

DATED: November 19, 2008

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE